## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**     **PATSY H. PITTMAN**                                          **CHAPTER 11**
               Debtor                                                        **CASE NO. 12-10810-JDW**

### ORDER

THIS CAUSE having come on for consideration of the hearing in connection with the Debtor's *Plan of Reorganization* (the "Plan") **[DK #72]**, and the Court being fully advised in the premises, finds that the hearing previously scheduled for Wednesday, May 22, 2013, shall be continued and reset.  It is, therefore,

ORDERED, ADJUDGED AND DECREED that the hearing previously set on the Debtor's Plan for 9:30 a.m. on May 22, 2013, in Oxford, Mississippi, has been reset for **9:30 a.m.** on **Wednesday, July 10, 2013**, at the **Federal Courthouse in Oxford, Mississippi.**

SO ORDERED, ADJUDGED AND DECREED, this the _____ day of _____, 2013.

JASON D. WOODARD
UNITED STATES BANKRUPTCY JUDGE

PRESENTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway (39157)
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

F:\Users\Bankrupt\Pittman, Patsy\Pleadings\Order - Reset Hearing- Confirmation of Plan.wpd