## MONTHLY OPERATING REPORT

Chapter 11

CASE NAME:        PATSY H. PITTMAN

CASE NUMBER:      12-10810-DWH           For Period:     April 1 - 30, 2013

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.  The Debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __05 - 31 - 13__          _Patsy H. Pittman_____
             (Date)                    Patsy H. Pittman, Debtor


                                       Name of Preparer: _____

                                       Telephone No. of Preparer _____


                                                                    FORM 2-A

CASE NAME:    PATSY H. PITTMAN

CASE NUMBER:        12-10810-DWH

COMPARATIVE BALANCE SHEET

| | Filing date 02/27/12 | Month 03/13 | Month 04/13 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| ASSETS: | | | | | | | | |
| CURRENT ASSETS: | | | | | | | | |
| Cash | N/A | 4,888.84 | 5,060.31 | | | | | |
| Accounts Receivable | | 2,187,000.00 | 2,187,000.00 | | | | | |
| Household Goods & Furnishings | | 100,000.00 | 100,000.00 | | | | | |
| Clothing, Furs & Jewelry | | 15,500.00 | 15,500.00 | | | | | |
| Whole Life Insurance Policies | | 48,000.00 | 48,000.00 | | | | | |
| Automobile | | 10,000.00 | 10,000.00 | | | | | |
| Zero-Turn Mower | | 4,000.00 | 4,000.00 | | | | | |
| TOTAL CURRENT ASSETS | | 2,369,388.84 | 2,369,560.31 | | | | | |
| PROPERTY, PLANT & EQUIPMENT | | 3,450,000.00 | 3,450,000.00 | | | | | |
| Less accumulated depreciation | | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | | 3,450,000.00 | 3,450,000.00 | | | | | |
| OTHER ASSETS | | | | | | | | |
| Interest in Beale Street & Pittman & Co. Farms | | 250,000.00 | 250,000.00 | | | | | |
| TOTAL OTHER ASSETS | | 250,000.00 | 250,000.00 | | | | | |
| TOTAL ASSETS | N/A | 6,069,388.84 | 6,069,560.31 | | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on
FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

FORM 2-B
Page 1 of 2

CASE NAME:    PATSY H. PITTMAN

CASE NUMBER:        12-10810-DWH

## COMPARATIVE BALANCE SHEET

| | Filing date 02/27/12 | Month 03/13 | Month 04/13 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| **POST-PETITION LIABILITIES:** | N/A | | | | | | | |
| Taxes Payable (Form 2-E, pg. 1 of 3) | | | | | | | | |
| Accounts payable (Form 2-E, pg. 1 of 3) | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES: | | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | |
| Notes Payable - secured | | 2,086,000.00 | 2,086,000.00 | | | | | |
| Priority debt | | | | | | | | |
| Unsecured debt | | 18,000.00 | 18,000.00 | | | | | |
| Other _____ | | | | | | | | |
| TOTAL LIABILITIES | | 2,104,000.00 | 2,104,000.00 | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| RETAINED EARNINGS | | | | | | | | |
| Through filing date | | | | | | | | |
| Post filing date | | | | | | | | |
| TOTAL EQUITY (NET WORTH) | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | N/A | 2,104,000.00 | 2,104,000.00 | | | | | |

FORM 2-B
Page 2 of 2

CASE NAME:   PATSY H. PITTMAN

CASE NUMBER:                          12-10810-DWH

## PROFIT AND LOSS STATEMENT

| | Month 03/13 | Month 04/13 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **NET REVENUE** | 13,178.70 | 1,178.70 | | | | | |
| COST OF GOODS SOLD: | | | | | | | |
| Material | | | | | | | |
| Labor - Direct | | | | | | | |
| Manufacturing Overhead | | | | | | | |
| TOTAL COST OF GOODS SOLD: | | | | | | | |
| | | | | | | | |
| **GROSS PROFIT:** | 13,178.70 | 1,178.70 | | | | | |
| OPERATING EXPENSES: | 9,086.69 | 1,007.23 | | | | | |
| Selling and Marketing | | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | | | | | | | |
| Other | | | | | | | |
| TOTAL OPERATING EXPENSES | 9,086.69 | 1,007.23 | | | | | |
| INTEREST EXPENSE: | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES: | | | | | | | |
| DEPRECIATION OR AMORTIZATION | | | | | | | |
| EXTRAORDINARY EXPENSES* | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | | |
| **NET INCOME (LOSS)** | 4,092.01 | 171.47 | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C

CASE NAME:   PATSY H. PITTMAN          CASE NUMBER:        12-10810-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: April 1 - 30, 2013

### CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1. | Beginning Cash Balance (Ending Cash Balance from last month's report) | | $4,888.84 |
| 2. | Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ 1,178.70 | |
| 3. | Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's | $ 1,007.23 | |
| 4. | Net Cash Flow | $ 171.47 | |
| 5. | Ending Cash Balance (to FORM 2-B) | | $5,060.31 |

### CASH SUMMARY - ENDING BALANCE

| | | Amount* | Financial Institution |
|---|---|---|---|
| 1. | Operating Account No. 0854 | $ 5,060.31 | First Security Bank |
| 2. | Other Accounts (Specify checking or savings) | | |
| 3. | Cash Collateral Account | | |
| 4. | Petty Cash | | |
| 5. | | | |
| | TOTAL (must agree with line 5 above) | $ 5,060.31 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid          $1,007.23
*NOTE: This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

CASE NAME:   PATSY H. PITTMAN              CASE NUMBER:        12-10810-DWH

### QUARTERLY FEE SUMMARY

MONTH ENDED: April 30, 2013

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $    4,650.74 | | | |
| February | $    1,720.91 | | | |
| March | $    3,086.69 | | | |
| Total | | | | |
| 1st Quarter | $    9,458.34 | $325.00 | 1319 | 05/06/13 |
| | | | | |
| April | $    1,007.23 | | | |
| May | $ | | | |
| June | $ | | | |
| Total | | | | |
| 2nd Quarter | $ | | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total | | | | |
| 3rd Quarter | $ | | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total | | | | |
| 4th Quarter | $ | | | |

Fee Schedule

| DISBURSEMENT RANGE | QUARTERLY FEE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.00 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during this period.
*Note: should agree with "Adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

FORM 2-D
Page 2 of 4

CASE NAME:          PATSY H. PITTMAN

CASE NUMBER:        12-10810-DWH

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period: April 1 - 30, 2013

Account Name:  First Security Bank Pre-Petition Operating          Account Number:      0854

### CASH RECEIPTS JOURNAL
(attach additional sheets if necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 04/17/13 | Social Security Benefits | $1,178.70 |

Total Cash Receipts    $1,178.70

FORM 2-D
Page 3 of 4

CASE NAME:         PATSY H. PITTMAN

CASE NUMBER:       12-10810-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period:  April 1 - 30, 2013

Account Name:   First Security Bank Operating          Account Number:          0854

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets if necessary)

| Date | Check No. | Payee | Description/Purpose* | Amount |
|------|-----------|-------|---------------------|--------|
| 04/02/13 | 1310 | AARP Life Insurance | Insurance | $265.83 |
| 04/02/13 | 1314 | South Lake Water Ass'n. | Utilities | 64.40 |
| 04/03/13 | 1309 | Ford Magazine | Subscription | 17.00 |
| 04/05/13 | 1312 | First Security Bank | Bankcard - gas, personal needs | 28.00 |
| 04/09/13 | 1315 | Barbara's Nails | Manicure | 47.00 |
| 04/11/13 | 1316 | Rosta | Food | 18.00 |
| 04/12/13 | 9681 | Cash | Misc. Expenses | 75.00 |
| 04/16/13 | Draft | State Farm | Insurance | 378.00 |
| 04/22/13 | 1317 | Barbara's Nails | Polish | 14.00 |
| 04/30/13 | 1318 | Paige Patrick | Labor | 100.00 |

Total Cash Disbursements          $1,007.23

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk. Any payments made as a result of a
court order, should indicate the order date. Any payments for Trustee's fees or
inter-account transfers should be highlighted.



# FIRST SECURITY BANK

Member FDIC

Date  4/11/13        Page: 1 of 3
Primary Account          ██████0854
Enclosures                            9

FIRST LINE 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com   |ıl|ıl|ıl|ıll|ı||ıppıl|ıl|ılıpp|ıl|ıll|ılıl|ıpp|ıll|ıllıllıı|ıll|ıllıllıll|

```
**************AUTO**3-DIGIT 386
331 0.8200 AT 0.384      2 1 84
PATSY H PITTMAN
DEBTOR IN POSSESSION CASE #12-10810
PO BOX 160
DARLING MS  38623-0160
```

NEW BANKING HOURS
Our bank lobby hours have changed in several locations.
Check your local branch for details.
Our ATM's are open 24/7.
Visit www.firstsecuritybk.com for ATM locations.

*******************************************************************

Summary of Accounts

| Account Number | Account Title | Current Balance |
|---|---|---|
| ██████0854 | INDIVIDUAL CHECKING | 4,448.61 |

## Checking Account

| INDIVIDUAL CHECKING | | | |
|---|---|---|---|
| Account Number | 2380854 | Image Statement | 9 |
| Previous Balance | 4,630.66 | Statement Dates  3/13/13 thru  4/11/13 | |
| 1 Deposits/Credits | 1,178.70 | Days in the statement period | 30 |
| 11 Checks/Debits | 1,360.75 | Average Ledger | 4,807 |
| Service Charge | .00 | Average Collected | 4,807 |
| Interest Paid | .00 | | |
| Ending Balance | 4,448.61 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $29.00 |
| Return item fees year to date | $.00 | $.00 |

*******************************************************************

CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/20 | XXSOC SEC SSA    TREAS 310 | 1,178.70 AD |
| | 9031736013        03/20/13 | |

# FIRST SECURITY BANK

*Member FDIC*



Date   4/11/13      Page: 2 of 3
Primary Account            ██0854
Enclosures                      9

**FIRST LINE** 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

INDIVIDUAL CHECKING          ██0854  (Continued)

CREDITS
Date     Description                          Amount
         ID #-428788858D  SSA
         PPD TRACE#-031736010270127

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEBITS
Date     Description                          Amount
3/18     SFPP         STATE FARM RO 27        378.00 AW
         9000307001         03/18/13
         ID #-09 S 1078112909
         PPD TRACE#-021000024479596
3/29     DIRECTV      DIRECTV                 329.52 AW
         0000035774         03/29/13
         ID #-0639250
         TEL TRACE#-021000021945703

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Checks in Serial Number Order
| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/25 | 1308 | 100.00 | 4/03 | 1309 | 17.00 | 4/02 | 1310 | 265.83 |
| 4/05 | 1312* | 28.00 | 3/29 | 1313 | 77.00 | 4/02 | 1314 | 64.40 |
| 4/09 | 1315 | 47.00 | 4/11 | 1316 | 18.00 | 3/14 | 9680* | 36.00 |

\* Indicates Skip in Serial Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Daily Balance Section
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/13 | 4,630.66 | 3/14 | 4,594.66 | 3/18 | 4,216.66 |
| 3/20 | 5,395.36 | 3/25 | 5,295.36 | 3/29 | 4,888.84 |
| 4/02 | 4,558.61 | 4/03 | 4,541.61 | 4/05 | 4,513.61 |
| 4/09 | 4,466.61 | 4/11 | 4,448.61 | | |







# FIRST SECURITY BANK
MemberFDIC

| | Date  5/13/13 | Page: 1 of 3 |
|---|---|---|
| | Primary Account | ████0854 |
| | Enclosures | 5 |

**FIRST LINE** 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com  |I|ı|ıɪɪɪɪ||I|ɪ|ıIIIIıII|I|Iıɪ|ıɪ|I|ıɪ|ıI|II

```
***************AUTO**3-DIGIT 386
329 0.8200 AT 0.384       2 1 85
PATSY H PITTMAN
DEBTOR IN POSSESSION CASE #12-10810
PO BOX 160
DARLING MS  38623-0160
```

```
                    FEE NOTICE
          EFFECTIVE JUNE 14, 2013
   OUR INSUFFICIENT FUNDS AND STOP PAYMENT FEES
              WILL BE $33.00.
```

```
*********************************************************************
```

```
Summary of Accounts
Account Number    Account Title                Current Balance
███████0854       INDIVIDUAL CHECKING                4,635.31

Checking Account

INDIVIDUAL CHECKING          Image Statement                    5
Account Number     2380854   Statement Dates  4/12/13 thru  5/13/13
Previous Balance  4,448.61   Days in the statement period      32
  1 Deposits/Credits 1,178.70 Average Ledger                 4,951
  6 Checks/Debits     992.00  Average Collected              4,951
Service Charge          .00
Interest Paid           .00
Ending Balance     4,635.31
```

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $29.00 |
| Return item fees year to date | $.00 | $.00 |

```
*********************************************************************
```

```
CREDITS
Date     Description                        Amount
4/17     XXSOC SEC  SSA  TREAS 310        1,178.70 AD
         9031736026        04/17/13
```



# FIRST SECURITY BANK | 1

Member FDIC

**FIRST LINE** 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

Date   5/13/13    Page: 2 of 3
Primary Account        ████0854
Enclosures              5

INDIVIDUAL CHECKING        ████0854  (Continued)

## CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | ID #-428788858D   SSA | |
|      | PPD TRACE#-031736024844270 | |

*****************************************************************************

## DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/16 | SFPP        STATE FARM RO 27 | 378.00 AW |
|      | 9000307001        04/16/13 | |
|      | ID #-09 S 1078112909 | |
|      | PPD TRACE#-021000022312213 | |

*****************************************************************************

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/22 | 1317 | 14.00 | 4/30 | 1318 | 100.00 | 5/13 | 1319 | 325.00 |
| 5/07 | 1320 | 100.00 | 4/12 | 9681* | 75.00 | | | |

* Indicates Skip in Serial Number

*****************************************************************************

## Daily Balance Section

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/12 | 4,373.61 | 4/16 | 3,995.61 | 4/17 | 5,174.31 |
| 4/22 | 5,160.31 | 4/30 | 5,060.31 | 5/07 | 4,960.31 |
| 5/13 | 4,635.31 | | | | |

# FIRST SECURITY BANK



Check 1317 Amount $14.00 Date 4/22/2013



Check 1318 Amount $100.00 Date 4/30/2013

Check 1319 Amount $325.00 Date 5/13/2013



Check 1320 Amount $100.00 Date 5/7/2013



Check 9681 Amount $75.00 Date 4/12/2013

CASE NAME:   PATSY H. PITTMAN          CASE NUMBER:        12-10810-DWH

**SUPPORTING SCHEDULES**

For Period:  April 1 - 30, 2013

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 |
|------|----------|-----|--------|---------|---------|---------|
| FITW | | | | | | |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| SUB-TOTAL | | | | | | |
| | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | $0.00 | | | | | |

FORM 2-E
Page 1 of 3

CASE NAME:   PATSY H. PITTMAN                    CASE NUMBER:        12-10810-DWH

## SUPPORTING SCHEDULES

For Period:  April 1 - 30, 2013

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 |
|---|---|---|---|---|---|---|
| Cassidy Bayou | | 96,000.00 | | | | |
| Pittman & Co. | | 96,000.00 | | | | |
| Pittman & Co. | | 1,995,000.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | 2,187,000.00 | | | | |

CASE NAME:    PATSY H. PITTMAN            CASE NUMBER:        12-10810-DWH

## SUPPORTING SCHEDULES

For Period:  April 1 - 30, 2013

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | | | | |
| Homeowners | Shelter | | 10/18/13 | Yes |
| Vehicle | Shelter | | 07/04/13 | Yes |
| Other (list): | | | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3

CASE NAME:    PATSY H. PITTMAN                CASE NUMBER:        12-10810-DWH

**NARRATIVE STATEMENT**

For Period:  April 1 - 30, 2013

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FORM 2-F